**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 22, 2020

**BY EMAIL**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Desirae Schneider**
                **20 Mag. 2777**

Dear Judge Gorenstein,

    I write to request a temporary modification to Ms. Schneider's bail conditions in the above-captioned case. The Government and pretrial services do not object to this request.

    On March 16, 2020, Ms. Schneider was presented in Magistrate Court. The following bail conditions were set and subsequently met:

    $50,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pre-trial supervision and mental health treatment as directed; surrender of travel documents with no new applications and travel restricted to the Southern District of New York; no contact with the alleged victim outside the presence of counsel; surrender keys to the complainant's home; continued employment; no "dark web" use; no possession of firearms/destructive devices/other weapons; and GPS monitoring.

    Ms. Schneider now respectfully requests that the bail conditions be modified to allow her to travel to Milford, Connecticut from Saturday, June 27 through Sunday, June 28 to attend a small outdoor wedding.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender

                                      **So Ordered.**
                                      **Dated: June 22, 2020**

(212) 417-8721

                                    */s/ Gabriel W. Gorenstein*

                                    **HONORABLE GABRIEL W. GORENSTEIN**
                                    United States Magistrate Judge

cc:    Rebecca Dell, Assistant U.S. Attorney (by email)
         Jonathan Lettieri, Pre-Trial Services Officer (by email)

✔